UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYSHUN CORNELIUS TOWNSEND,

          Plaintiff,

v.

MPD HOMICIDE BUREAU, ET AL.

          Defendants.
_____/

Case No. 23-cv-10738

F. Kay Behm
U.S. District Judge

**ORDER TRANSFERRING CASE TO**
**THE WESTERN DISTRICT OF TENNESSEE**

On March 30, 2023, Plaintiff Rayshun Cornelius Townsend, who is incarcerated at the Shelby County Jail in Memphis, Tennessee, filed this *pro se* civil rights action under 42 U.S.C. § 1983. (ECF No. 1). On March 31, 2023, he filed two supplemental pleadings. (ECF Nos. 2, 3). Having reviewed the complaint and supplemental papers, the Court concludes that the case should be transferred to the United States District Court for the Western District of Tennessee.

Venue for a federal action generally lies in the district in which any defendant resides or in which "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." District courts have "the discretion to transfer cases on an individual basis by considering convenience and fairness." *Kerobo v. Southwestern Clean Fuels, Corp.*, 285 F.3d 531, 537 (6th Cir. 2002).

The three named defendants are located in Shelby County, Tennessee and the events giving rise to the complaint occurred there as well. Shelby County is located in the Western District of Tennessee. *See* 28 U.S.C. § 123. Venue is therefore proper in the United States District Court for the Western District of Tennessee, not this Court.

Accordingly, the Court **ORDERS** the Clerk of Court to transfer this case to the federal court in the Western District of Tennessee pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

s/F. Kay Behm  
F. KAY BEHM  
United States District Judge

Dated: April 10, 2023